UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| **A.I. CREDIT CORPORATION,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | No. 4:99cv0010 AS |
| | ) | |
| **THOMAS J. ROSBY, and** | ) | |
| **JOHN M. FRANKLIN,** | ) | |
| | ) | |
| **Defendants** | ) | |

*MEMORANDUM OPINION AND ORDER*

The intent here is to deal with what appears to be the last loose end of this case. On or about May 5, 2005, the plaintiff, A.I. Credit Corporation, filed a renewed motion for summary judgment against defendants Thomas J. Rosby and John M. Franklin. John M. Franklin and Thomas J. Rosby were convicted of criminal conduct directly related to this case in the Hammond division of this court under Hammond Criminal 01cr0013. Both Rosby and Franklin were sentenced respectively on April 21, 2005 and April 28, 2005. Each were sentenced to 87 months in prison and ordered to pay restitution in the amount of $8,646,394.00, including $1,979,893.00 payable to the plaintiff A.I. Credit. These convictions are born in the same factual setting as this civil case, and the criminal convictions of both Rosby and Franklin are entitled to a preclusive effect here.

Thus, summary judgment must be **GRANTED** in favor of A.I. Credit and against both Thomas J. Rosby and John M. Franklin on Count III of the Third Amended Complaint. The

plaintiff A.I. Credit is entitled to judgment in the amount of $1,979,893.00 as against Thomas J. Rosby and John M. Franklin. The Clerk shall enter judgment accordingly. **IT IS SO ORDERED**.

**DATED:** June 2, 2005

                                                     **s/ ALLEN SHARP**
                                       **ALLEN SHARP, JUDGE**
                                       **UNITED STATES DISTRICT COURT**