UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| A.I. CREDIT CORP., ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 4:99-CV-10-AS |
| ) | |
| THOMAS J. ROSBY and, ) | |
| JOHN M. FRANKLIN., ) | |
|     Defendants. ) | |

**MEMORANDUM, ORDER AND OPINION**

On June 2, 2005, this Court entered an order granting summary judgment in favor of A.I. Credit Corp. The Clerk, as ordered, entered Judgment on June 2, 2005, and Defendant Thomas Rosby filed a notice of appeal on June 30, 2005.

The June 2, 2005 summary judgment order did not dispose of all the remaining claims, however, and on July 28, 2005 this Court entered an order dismissing Counts I and II of the Third Amended Complaint against Franklin. The Court of Appeals subsequently issued a mandate dismissing the defendant's appeal, stating that the Defendant should file an appeal after all of the claims have been dismissed and the Court has entered an appropriate Rule 58 Order.

The July 28, 2005 order (Docket No. 335) granting Plaintiff's Motion to Dismiss should be considered a final order, disposing of all remaining claims of all parties. Defendant's motion to enter a Rule 58 Final Order is **GRANTED**. The Clerk is hereby directed to enter an amended Clerk's Judgment in Accordance with the July 28, 2005 order. **SO ORDERED**.

**DATE: January 31, 2006**

                                                           s/ Allen Sharp
                                             **ALLEN SHARP, JUDGE**
                                             **UNITED STATES DISTRICT COURT**